01
02
03
04
05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 UNITED STATES OF AMERICA,        )   CASE NO. MJ07-508
                                   )
09       Plaintiff,                )
                                   )
10       v.                        )
                                   )   DETENTION ORDER
11 YUSEF ANTONE BROWN,             )
                                   )
12       Defendant.                )
   _____ )
13

14 <u>Offense charged</u>:   Distribution of Cocaine Base ( 3 counts); Possession of Cocaine Base with

15                   Intent to Distribute; Felon in Possession of a Firearm

16 <u>Date of Detention Hearing</u>:   November 1 , 2007

17       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19 that no condition or combination of conditions which defendant can meet will reasonably assure

20 the appearance of defendant as required and the safety of other persons and the community.

21       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22       1.      Defendant is a lifelong resident of the Seattle area.  His employment is as a

01 temporary worker in an industrial warehouse. Defendant has a criminal record that includes
02 several weapons and VUCSA charges.

03     2.    The AUSA proffers that the defendant was involved in an incident involving the
04 discharge of a firearm two weeks after the charges alleged in Count 1 of the Complaint. Several
05 months later, the defendant was allegedly involved in a drug transaction and attempted to elude
06 arrest. A loaded firearm was found under one of the seats of his vehicle.

07     3.    Defendant poses a risk of nonappearance due to a history of failing to comply with
08 court orders, and his status awaiting sentencing on county firearms charges. He poses a risk of
09 danger due to the nature of the instant offense and his criminal history, which includes several
10 firearms and drug related convictions, including a recent firearms offense.

11     4.    There does not appear to be any condition or combination of conditions that will
12 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
13 to other persons or the community.

14 It is therefore ORDERED:

15     (1)    Defendant shall be detained pending trial and committed to the custody of the
16     Attorney General for confinement in a correction facility separate, to the extent
17     practicable, from persons awaiting or serving sentences or being held in custody
18     pending appeal;

19     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
20     counsel;

21     (3)    On order of a court of the United States or on request of an attorney for the
22     Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 2nd day of November, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                 15.13
18 U.S.C. § 3142(i)                                                         Rev. 1/91
PAGE 3